Wayne V. Dizer
_____
Full name(s)

159913
_____
Prisoner or registration number

Putnamville Correctional Facility
_____
Street address or postal box number

1946 West US Highway 40, Greencastle, IN 46135
_____
City, State and zip code

2006 NOV -3 PM 3:28

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. _____

(To be supplied by the Court)

**1: 06-cv-1607-LJM-VSS**

Wayne V. Dizer
_____

_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

Chad Collins, Bradley Collins
_____

Deputy, Blas Garay MCSD 27855
_____

_____ Defendant(s).
Full name(s) (Do not use *et al.*)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, Wayne V. Dizer _____, am a citizen of Indiana
    (Plaintiff name and prisoner or registration no. if applicable)                    (State)

and presently reside at   1946. US Highway 40, Greencastle, IN 46135
                          (mailing address or place of confinement)

2. Defendant ___Chad Collins_____ is a citizen of __Indiana_____
                   (name of first defendant)                                    (State)

whose address is __2935 N. Mitthoeffer, Indianapolis, IN 46235_____,

and who is employed as ___Conveinent Food Mart_____.

3. Defendant __Bradley Collins_____ is a citizen of __Indiana_____
                   (name of second defendant)                                   (State)

whose address is __2935 N. Mitthoeffer, Indianapolis, IN 46235_____

and who is employed as ___Conveinent Food Mart_____.


(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to (CHECK ONE)

    __X__  42 U.S.C. § 1983 (applies to state prisoners)

    ____  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (applies to federal prisoners)

2. _____X_____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____U.S.C § 1331 (A), 28 U.S.C. § 1367, 28 U.S.C. § 1915_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

_____On March 23, 2006, Dizer was shot by deputy Blass Garay, at the_____

___Conveinent Food Mart at 2935 N. Mitheoffer as he worked security at the_____

___conveinent store.  Deputy Blas Garay fired his department issued service weapon_

___at the suspect in an attempted robbery that on the above date Dizer ran in the___

___store high off drugs, not in a good state of mind, and his attempted robbery_____

___turned into him almost loosing his life._____

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**:     That deputy Blas Garay acted in his individual capacity which denied

Dizer the ultimate liberty interest of life guaranteed by the Fourteenth

Amendment of the US Constitution and subjected Dizer to inhumane treatment

amounting to torture as a result of deputy Blas Garay's actions.

**Supporting Facts**: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

As indicated in the nature of this case deputy Blas Garay, whom was working

security for the store, observer the suspect.  Deputy Blas Garay alleges that

the suspect Dizer pointed a  gun at the three of them and deputy Blas garay

fired shots at the suspect Dizer, as the suspect Dizer fled  out of the store.

Deputy Blas Garay indicated that he was fearing for his safty and the safty of

the two employees. Deputy Blas Garay fired his department issued service

weapon at the suspect Dizer. Deputy Blas Garay furthermore stated he believe

the suspect Dizer was struck by the bullet. Dizer alleges that he was denied

the ultimate liberty of life guaranteed by the Fourteenth Amendment and

subjected to inhumane treatment.

**Claim II**:     That defendant's Deputy blas Garay, Chad Collins, and Bradley Collins,

acted in their individual and official capacity to conspire and cover up deputy

Blas Daray's plot to shoot Dizer, to keep Dizer exposed to ultimate  threat

against the 8th and 14th Amendments  of the U.S. Constitution.

3

**Supporting Facts**:

It is clear from the nature of this case that deputy Blas Garay plotted

to kill Dizer and set Dizer up, by saying that Dizer pointed a gun at the

three of them, and that defendants above did in fact participate, delay and

cover up deputy Blas Garay's intentions. As a result the threat remains

against Dizer and these acts did not develope any corrective action intended to

dispel of any malicious acts and intent, It is each of their supervisory and

official responsibility to assure that such activity decist and deceast,  and

in **fact used their** positions to cover up and conspire with deputy Blas Garay's

original intentions to kill Dizer. That Dizer was denied **the** ultimate liberty

interest of life guaranteed by the Fourteenth Amendment.

**Claim III**:            That the acts of the defendants above were in fact illegal acts

that are in violation of the Fourteenth Amendment which denied Dizer the

ultimate liberty interest of life guaranteed by the fourteenth Amendment and

subjected Dizer to inhumane treatment amounting to torture as a result of
defendants acts.

**Supporting Facts**:

In order to state a cause of action the plaintif requires only two elements;

first, the plaintiff must allege that some person has deprived him of a

federal right. Second he must allege that the person who has deprived him of

the right acted under Fourteenth Amendment. These elements may be put forth in

a short and plain statement of the claim showing that the pleader is entitled

to relief . Deputy Blas Garay, entrusted with such type of offical capacity

do not action such a manner, and protect the dignity of the State of Indiana

4

and the laws herein. These rights are divested and protected by 28 U.S.C.§

1983, in that such actions are recoverable for compensatory and punitive

damages with injunctive and declatory relief.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes __✕__No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): _____ N/A _____

Defendant(s): _____ N/A _____

b. Name and location of court and docket number _____ N/A _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____ N/A _____

d. Issues raised: _____ N/A _____

e. Approximate date of filing lawsuit: ____ N/A _____

f. Approximate date of disposition: _____ N/A _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.      _✕_Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the result.

Did seek relief, State remedy in Indiana Attorney Ggenerals Office with no

answer, nor relief.

5

3. I have exhausted available administrative remedies. _____ Yes _X_ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

These actions have been the result of an investigation that no appropriate

remedy or relief has been given

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): _____ N/A

   Defendant(s): _N/A_

b. Name and location of court and docket number _____

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: _N/A_ -

e. Approximate date of disposition: _N/A_

6

## G. REQUEST FOR RELIEF

I request the following relief:

$50,000. from each of the defendants above in compensatory damages, and an

additional $100,000.00 in punitive damages from each defendant above. That

and injunctive relief be given to prevent Chad Collins, and Bradley Collins

from working in the Convenient Food Mart and restrained from any contact with

Dizer, and set a Jury Trial.

_Wayne Vernell Dizu_

(Pro se)

_____     _____
Original signature of attorney (if any)     **Prisoner's Original Signature**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at  Putnamville Corr. Fac.   on  October 24.2006
            (location)              (date)

_Wayne Vernell Dizu_

**Prisoner's Original Signature**

7